Inland Refining Company, appellee, v. Faunt Brothers, appellant. Gen. No. 25,175.

Action to recover contract price of goods sold and delivered. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Wells M. Cook, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1919. Affirmed. Opinion filed July 7, 1920.

Landon & Holt, for appellant; John B. Fruchtl, of counsel. Ruekberg & Burr, for appellee; Benjamin P. Ruckberg, of counsel.

Mr. Justice Thomson delivered the opinion of the court.

---

Esther Ruth Haffenberg, appellant, v. Anton J. Cermak and William Klemm, appellees. Gen. No. 25,207.

Action to try right of property. Judgment for defendants. Appeal from the Municipal Court of Chicago; the. Hon. Edmund K. Jarecki, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1919. Affirmed. Opinion filed July 7, 1920.

Grossberg & Haffenberg, for appellant. Gilbert F. Wagner, for appellees.

Mr. Justice Thomson delivered the opinion of the court.

---

George P. Bent Company, appellant, v. James E. Coston, appellee. Gen. No. 25,231.

Action of replevin involving victrola. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Edmund K. Jarecki, Judge, presiding. Heard in the Branch Appellate Court at the March term, 1919. Affirmed. Opinion filed July 7, 1920.

Thompson, Tyrrell & Chambers, for appellant. S. L. and Fred Lowenthal, for appellee.

Mr. Justice Thomson delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. George Stamatides and George Douras, plaintiffs in error. Gen. No. 25,254.

Motion to withdraw plea of guilty on charge of receiving bank deposits with knowledge of insolvency. Motion denied; judgment on plea. Error to the Criminal Court of Cook county; the Hon. Robert E. Crowe, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Affirmed. Opinion filed July 14, 1920. Rehearing denied July 28, 1920.

Timothy J. Fell and Stedman & Soelke, for plaintiffs in error. Maclay Hoyne, Edwin J. Raber, Edward E. Wilson and Grover C. Niemeyer, for defendant in error.

Mr. Presiding Justice Barnes delivered the opinion of the court.

---

Mary D. Kerr, defendant in error, v. Charles Kotz et al., plaintiffs in error. Gen. No. 25,350.

Creditor's bill. Decree for complainant. Error to the Circuit Court of Cook county; the Hon. Jesse A. Baldwin, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1919. Affirmed. Opinion filed July 14, 1920.

Charles S. Williston and H. L. Rexford, for plaintiff in error Charles Kotz. Kerr & Kerr, for defendant in error.

Mr Presiding Justice Barnes delivered the opinion of the court.